# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANGEL ZEPEDA RIVAS, et al._<br><br>    Plaintiffs-Appellees,<br><br>vs.<br><br>DAVID JENNINGS, et al.,<br><br>    Defendants-Appellants. | Nos.  20-16276,<br>20-16690,<br>21-15195,<br>21-15197 |

**STIPULATION TO DISMISS APPEALS WITHOUT PREJUDICE**

Plaintiffs-Appellees Angel de Jesus Zepeda Rivas, Brenda Ruiz Tovar, Lawrence Mwaura, Luciano Gonzalo Mendoza Jeronimo, Coraima Yaritza Sanchez Nunez, Javier Alfaro, Juan Jose Erazo Herrera, Rajnish Rajnish, and Willian Matias Rauda and Defendants-Appellants David Jennings, Director, San Francisco Field Office, U.S. Immigration and Customs Enforcement; Tae D. Johnson, Acting Director, U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; GEO Group, Inc.; and Michael Knight, Acting Facility Administrator of Mesa Verde Detention Center (collectively "Parties"), having reached a contingent settlement of the present matters, hereby stipulate that these appeals be dismissed so that jurisdiction may re-vest in the District Court to allow the parties to seek approval of the referenced settlement and jointly move for vacatur of the District Court's preliminary injunction orders

1

issued on June 9, 2020, and December 3, 2020. The settlement is contingent on the District Court granting such motion to vacate.

This dismissal shall be without prejudice to any Party's reinstating the appeals within twenty-eight (28) days of a District Court order denying the Parties' joint motion for vacatur, of a District Court order that modifies the Parties' proposed order regarding vacatur, or of a District Court's Order denying approval of the settlement.

Dated: December 14, 2021

WILLIAM S. FREEMAN
EMILOU H. MACLEAN

*s/Sean Riordan*
SEAN RIORDAN
ACLU of Northern California
Telephone: (415) 621-2493
E-mail: sriordan@aclunc.org
Attorneys for Plaintiffs-Appellees

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

SERGIO SARKANY
Trial Attorney

*s/Jeffrey S. Robins*
JEFFREY S. ROBINS
Deputy Director
U.S. Department of Justice
Civil Division
Office of Immigration litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, D.C.
Telephone: (202) 616-1246
E-mail: Jeffrey.Robins@usdoj.gov
Attorneys for Federal Defendants-Appellants

JONES WALKER, LLP

*/s/ David S. Weinstein*
David S. Weinstein

Attorneys for Defendants
The GEO Group, Inc. and Michael Knight

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I caused the foregoing documents to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Court's appellate CM/ECF system. Petitioner-Appellee's counsel is a registered CM/ECF user and will be served through the CM/ECF system.

*s/Jeffrey S. Robins*
JEFFREY S. ROBINS
Deputy Director
